MICHAEL CHASTAINE, State Bar #121209
THE CHASTAINE LAW OFFICE
101 Parkshore Drive, Suite 100
Folsom, CA 95630
Telephone: 916-732-7150

Attorneys for Defendant
LaBarron Davis

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LaBarron Davis,<br><br>　　　　Defendant. | Case No.: 2:08 cr 412 GEB<br><br>STIPULATION AND ORDER CONTINUING STATUS CONFERNCE |

Defendant LaBARRON DAVIS, by and through his attorney, Michael Chastaine and LAMESECHA ZACARHY, by and through her attorney, Ben Galloway, the United States, by and through Assistant United States Attorney William Wong, hereby stipulate and agree to continue the sentencing hearing in the above-captioned case from Friday, September 11, 2009 at 9:00 a.m. to Friday, October 9, 2009 at 9:00 a.m.  The continuance is requested to allow counsel for the government time to evaluate and consider a counter offer made by Mr. Davis to resolve his case.

Dated: September 10, 2009　　　　　　The CHASTAINE LAW OFFICE

　　　　　　　　　　　　　　　　　　By: ____/s/ Michael Chastaine
　　　　　　　　　　　　　　　　　　　　　MICHAEL CHASTAINE
　　　　　　　　　　　　　　　　　　　　　Attorney for LaBarron Davis

Dated: September 10, 2009　　　　　　OFFICE OF THE FEDERAL DEFENDER

　　　　　　　　　　　　　　　　　　By: ____/s/ Ben Galloway
　　　　　　　　　　　　　　　　　　　　　BEN GALLOWAY
　　　　　　　　　　　　　　　　　　　　　Attorney for Lamesecha Zacarhy

1

Dated: September 10, 2009         LAWRENCE BROWN
                                  Acting United States Attorney

                                  By:    /s/ William Wong
                                        William Wong
                                        Assistant U.S. Attorney

## ORDER

GOOD CAUSE APPEARING, in that it is the stipulation of the parties:

IT IS HEREBY ORDERED that the status conference scheduled for Friday, September 11, 2009 at 9:00 a.m. be continued to Friday, October 9, 2009 at 9:00 a.m. and that the period from September 11, 2009 to October 9, 2009 is excludable from calculation under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(8)(A).

Dated: 9/15/09

```
GARLAND E. BURRELL, JR.
United States District Judge
```

2