MICHAEL CHASTAINE, State Bar #121209
THE CHASTAINE LAW OFFICE
101 Parkshore Drive, Suite 100
Folsom, CA 95630
Telephone: 916-732-7150

Attorneys for Defendant
LaBarron Davis

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>LaBarron Davis,<br><br>    Defendant. | Case No.: 2:08 cr 412 GEB<br><br>STIPULATION AND ORDER CONTINUING STATUS CONFERNCE |

    Defendant LaBARRON DAVIS, by and through his attorney, Michael Chastaine and LAMESECHA ZACARHY, by and through her attorney, Ben Galloway, the United States, by and through Assistant United States Attorney William Wong, hereby stipulate and agree to continue the status hearing in the above-captioned case from Friday, December 4, 2009 at 9:00 a.m. to Friday, January 8, 2010 at 9:00 a.m.  The continuance is requested to allow counsel for the government time prepare a written plea agreement and allow Counsel for Mr. Davis to travel to Butte County and explain the agreement to Mr. Davis. This continuance is taking into consideration the impeding Holidays and vacations of counsel.  It is also stipulated that a T4 exclusion to proper for preparation of counsel.

Dated: December 2, 2009                     The CHASTAINE LAW OFFICE

                                                By: _____/s/ Michael Chastaine
                                                     MICHAEL CHASTAINE
                                                     Attorney for LaBarron Davis

Dated: December 2, 2009          OFFICE OF THE FEDERAL DEFENDER

                                            By:     /s/ Ben Galloway
                                               BEN GALLOWAY
                                               Attorney for Lamesecha Zacarhy

Dated: December 2, 2009          LAWRENCE BROWN
                                          Acting United States Attorney

                                          By:    /s/ William Wong
                                             William Wong
                                             Assistant U.S. Attorney

## ORDER

GOOD CAUSE APPEARING, in that it is the stipulation of the parties:

IT IS HEREBY ORDERED that the status conference scheduled for Friday, December 4, 2009 at 9:00 a.m. be continued to Friday, January 8, 2010 at 9:00 a.m. and that the period from December 4, 2009 to January 8, 2010 is excludable from calculation under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(8)(A).

Dated: 12/3/09

GARLAND E. BURRELL, JR.
United States District Judge