MICHAEL CHASTAINE, State Bar #121209
THE CHASTAINE LAW OFFICE
101 Parkshore Drive, Suite 100
Folsom, CA 95630
Telephone: 916-732-7150

Attorneys for Defendant
LaBarron Davis

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | Case No.: 2:08 cr 412 GEB |
| ) | |
| Plaintiff,   ) | STIPULATION AND ORDER |
| ) | CONTINUING STATUS CONFERNCE |
| v.   ) | |
| ) | |
| LaBarron Davis,   ) | |
| ) | |
| Defendant.   ) | |

Defendant LaBARRON DAVIS, by and through his attorney, Michael Chastaine and

LAMESECHA ZACARHY, by and through her attorney, Ben Galloway, the United States, by

and through Assistant United States Attorney William Wong, hereby stipulate and agree to

continue the status hearing in the above-captioned case from Friday, March 19, 2010 at 9:00 a.m.

to Friday, April 2, 2010 at 9:00 a.m.  The continuance is requested to allow counsel for the

defense to travel to Butte County and review the plea agreement with the defendant.  It is further

stipulated that time should be excluded under local rule T4.

Dated: March 17, 2010             The CHASTAINE LAW OFFICE

                                  By: _____/s/ Michael Chastaine
                                       MICHAEL CHASTAINE
                                       Attorney for LaBarron Davis

Dated: March 17, 2010             OFFICE OF THE FEDERAL DEFENDER

                                  By: _____/s/ Ben Galloway
                                       BEN GALLOWAY
                                       Attorney for Lamesecha Zacarhy

1   Dated: March 17, 2010            BENJAMIN B. WAGNER

2                             United States Attorney

3                             By: ___/s/ William Wong_____

4                                William Wong

                                 Assistant U.S. Attorney

5

6

7                             ORDER

8      GOOD CAUSE APPEARING, in that it is the stipulation of the parties:

9      IT IS HEREBY ORDERED that the status conference scheduled for Friday, March 19,

10  2010 at 9:00 a.m. be continued to Friday, April 2, 2010 at 9:00 a.m. and that the period from

11  March 19, 2010 to April 2, 2010 is excludable from calculation under the Speedy Trial Act

12  pursuant to 18 U.S.C. §3161(h)(8)(A) and local rule T4.

13

14  Dated: 3/18/10

15                           GARLAND E. BURRELL, JR.

16                           United States District Judge

17

18

19

20

21

22

23

24

25

26

27

28